

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/14/2024
```

**Zack Sharpe IV**
Associate
212-216-1167
zsharpe@tarterkrinsky.com

May 13, 2024

<u>Via Electronic Case Filing</u>

Honorable Margaret M. Garnett
United States District Judge
United States District Court
  for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *Local No. 171 Pension Fund v. Stone et al*; <u>Case No. 1:24-cv-01769-MMG</u>; Unopposed Motion to Stay Discovery and Reschedule Initial Prehearing Conference Pending Decision on Motion to Dismiss.

Dear Judge Garnett:

      This firm represents Defendants Jeff and Eric Stone ("Defendants") in the above-referenced action. We write to the Court with the consent of Plaintiff's counsel pursuant to Rule I(B)(5) to request that the Court adjourn the Initial Pretrial Conference and stay discovery pending the full briefing of Defendants' Motion to Dismiss the Amended Complaint, or the Alternative, to Transfer the Case.

      On May 7, 2024, Defendants filed their Motion to Dismiss or, in the Alternative, to Transfer Pursuant to 28 U.S.C. § 1404(a) (Dkt. 18) and their Memorandum of Law in support of thereof (Dkt. 23). Under the Court's Rule II(B)(6), Plaintiff has the opportunity to file an opposition to Defendants' motion within 14 days, or a second amended complaint with 21 days of receipt of Defendants' motion. Defendants will then have the opportunity to file a supplemental motion to dismiss. The parties believe that they will be in a better position to discuss discovery, and that the Initial Pretrial Conference will potentially be more efficient and effective, following the full briefing of the Defendants' Motion. For these reasons, the parties respectfully request an adjournment of the Initial Pretrial Conference presently set for May 16, 2024, to a date occurring during the week of June 16, 2024, or another date after the Motion to Dismiss has been fully briefed.

      This is the parties' first request for an adjournment of the Initial Pretrial Conference.

Honorable Margaret M. Garnett
May 13, 2024
Page 2

    We thank the Court for its consideration of this request.

                                      Respectfully submitted,

                                      **TARTER KRINSKY & DROGIN LLP**

                                      By: s/ Zack G. Sharpe IV
                                      Zack G. Sharpe IV

cc:  All Counsel of Record

> GRANTED. The Initial Pretrial Conference is hereby ADJOURNED to **Thursday, June 20, 2024 at 9:30a.m.** The conference will be held in person in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.
>
> SO ORDERED. Dated May 14, 2024.
>
> *[signature]*
>
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE

091969\1\170731608.v1