**COHEN WEISS AND SIMON LLP**

**Michael S. Adler, Partner**
Tel: (212) 563-4100
Fax: (212) 695-5436
madler@cwsny.com
www.cwsny.com

909 Third Avenue, 12th Floor • New York, NY 10022

December 23, 2024

<u>Via Electronic Case Filing</u>

Honorable Margaret M. Garnett
United States District Judge
United States District Court
  for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *Local No. 171 Pension Fund v. Stone et al;*
                <u>Case No. 1:24-cv-01769-MMG</u>

Dear Judge Garnett:

    This firm represents Plaintiff, Local No. 171 Pension Fund in the above-referenced action.

    We write to provide the Court with a copy of a recent decision reached in a related action, which we believe has bearing on the pending motion before the Court.

    We thank the Court for its consideration of this matter.

                                    Respectfully Submitted,

                                    *Michael S. Adler*

                                    Michael S. Adler

Attachment
cc:    Counsel of Record (via ECF)

091969\1\170726400.v3
10123834.1